UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          CASE NO.: 6:15-bk-07266-ABB

    CHARLES G HOLLAND

        Debtor(s).                                        CHAPTER 13
_____ /

    __X__  **Chapter 13 Plan**                    _____  **Amended Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1 – 60   (September 2015 – August 2020) | $ 3,052.00 |

    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| KEL, PLLC | $ 4,200.00 | $ 660.00 | 1 – 6 |
|  |  | $ 240.00 | 7 |
| Monitoring Fees | $ 2,700.00 | $ 50.00 | 7 – 60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| IRS | $ 22,382.72 | $ 1.81 | 1 – 7 |
|  |  | $ 611.81 | 8 – 43 |
|  |  | $ 344.89 | 44 |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NATIONSTAR | $ 312,181.00 | $ 2,084.99* | 1 – 60 |

*Pursuant to Loan Modification Mediation

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Property to Be Surrendered:**

| Creditor Name: | Property Description: |
|---|---|

NONE

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

(motion to value must be filed consistent with plan treatment)

**Executory Contracts:**

**The following Executory Contracts are assumed**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|

NONE

**The following Executory Contracts are rejected:**

| Name of Creditor: | Description of Collateral: |
|---|---|

NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **7 %**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 27th day of August, 2015.

/s/ 
Debtor Signature

/s/ Sara Chalkley, Esq.
Sara Chalkley, Esq.
Attorney for Debtor
Kaufman, Englett & Lynd, PLLC
150 N Orange Avenue, Suite 100
Orlando, FL 32801
Telephone: 407.513.1900
Facsimile: 407.309.5900
Florida Bar No.: 104939

| DUE DATE 24th | | Unsecured | | HOLLAND Debtor Pmt | CASE NO. 10.0% Tee Fee | | | ATTY $4,200.00 | MONITORING FEE | | WELLS FARGO HM MTG | | | IRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | 36 | | | | | $4,200.00 | | | $312,181.00 | | | $22,382.72 |
| 9/24/2015 | 1 | $0.00 | | $3,052.00 | $305.20 | | | $660.00 | | | $2,084.99 | | | $1.81 |
| 10/24/2015 | 2 | $0.00 | | $3,052.00 | $305.20 | | | $660.00 | | | $2,084.99 | | | $1.81 |
| 11/24/2015 | 3 | $0.00 | | $3,052.00 | $305.20 | | | $660.00 | | | $2,084.99 | | | $1.81 |
| 12/24/2015 | 4 | $0.00 | | $3,052.00 | $305.20 | | | $660.00 | | | $2,084.99 | | | $1.81 |
| 1/24/2016 | 5 | $0.00 | | $3,052.00 | $305.20 | | | $660.00 | | | $2,084.99 | | | $1.81 |
| 2/24/2016 | 6 | $0.00 | | $3,052.00 | $305.20 | 6 | at | $660.00 | | | $2,084.99 | | | $1.81 |
| 3/24/2016 | 7 | $370.00 | | $3,052.00 | $305.20 | 1 | at | $240.00 | $50.00 | | $2,084.99 | | | $1.81 |
| 4/24/2016 | 8 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 5/24/2016 | 9 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 6/24/2016 | 10 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 7/24/2016 | 11 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 8/24/2016 | 12 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 9/24/2016 | 13 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 10/24/2016 | 14 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 11/24/2016 | 15 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 12/24/2016 | 16 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 1/24/2017 | 17 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 2/24/2017 | 18 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 3/24/2017 | 19 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 4/24/2017 | 20 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 5/24/2017 | 21 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 6/24/2017 | 22 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 7/24/2017 | 23 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 8/24/2017 | 24 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 9/24/2017 | 25 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 10/24/2017 | 26 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 11/24/2017 | 27 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 12/24/2017 | 28 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 1/24/2018 | 29 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 2/24/2018 | 30 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 3/24/2018 | 31 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 4/24/2018 | 32 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 5/24/2018 | 33 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 6/24/2018 | 34 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 7/24/2018 | 35 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 8/24/2018 | 36 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 9/24/2018 | 37 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 10/24/2018 | 38 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 11/24/2018 | 39 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 12/24/2018 | 40 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 1/24/2019 | 41 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 2/24/2019 | 42 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 3/24/2019 | 43 | $0.00 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $611.81 |
| 4/24/2019 | 44 | $266.92 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | $344.89 |
| 5/24/2019 | 45 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 6/24/2019 | 46 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 7/24/2019 | 47 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 8/24/2019 | 48 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 9/24/2019 | 49 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 10/24/2019 | 50 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 11/24/2019 | 51 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 12/24/2019 | 52 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 1/24/2020 | 53 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 2/24/2020 | 54 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 3/24/2020 | 55 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 4/24/2020 | 56 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 5/24/2020 | 57 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 6/24/2020 | 58 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 7/24/2020 | 59 | $611.81 | | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| 8/24/2020 | 60 | $611.81 | 60 at | $3,052.00 | $305.20 | | | | $50.00 | | $2,084.99 | | | |
| | | $10,425.88 | | $183,120.00 | $18,312.00 | | | $4,200.00 | $2,700.00 | | $125,099.40 | | | $22,382.72 |
| | | $146,831.16 | | | | | | | | | | | | |
| | | 7% | | | | | | $0.00 | | | | | | 0.00 |
| | | $ 10,405.05 | | | | | | | | | | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-07266-ABB<br>Middle District of Florida<br>Orlando<br>Thu Aug 27 14:40:20 EDT 2015 | United States Trustee - ORL7/13 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Dillards's<br>P.O. Box 960012<br>Orlando, FL 32896-0012 |
| FMDD, LLC<br>McFarlane, Ferguson & McCull<br>PO BOX 1669<br>Clearwater, FL 33757-1669 | First Federal Credit C<br>24700 Chagrin Blvd Ste 2<br>Cleveland, OH 44122-5662 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| GECRB/Gap<br>Attn: bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | McMichen, Cinami & Demps<br>1500 E Concord Street<br>Orlando, FL 32803-5412 | Odpt/cbsd<br>Attn: Centralized Bankruptcy<br>P.O. Box 20507<br>Kansas City, MO 64195-0507 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | THD/CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| Wfdillards<br>800 Walnut St<br>Des Moines, IA 50309-3605 | Charles G Holland<br>1717 Dormont Lane<br>Orlando, FL 32804-5905 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| Sara A Chalkley<br>Kaufman, Englett & Lynd, PLLC<br>150 N. Orange Avenue, Suite 100<br>Orlando, FL 32801-2317 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Internal Revenue Service<br>Centralized Insolvency Opera<br>Post Office Box 21126<br>Philadelphia, PA 19114 | Lexus Financial Services<br>Po Box 8026<br>Cedar Rapids, IA 52409 |

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cap1/bstby

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22